In the Matter of the Estate of SABINE C. SCHINDHELM, Deceased. SELMA WIPPER, Appellant; JOHN C. GLENN, as Public Administrator of Queens County, Respondent.—

It was within the jurisdiction and discretion of the court to make the said order, irrespective of the manner in which the failure to include the names had come to its attention, and without regard to the Public Administrator's lack of standing as an interested party or as the representative of one. Petitioner's time to obtain and serve the supplemental citation is extended until 40 days after entry of the order hereon. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hopkins, JJ., concur.

In the Matter of GEORGE STOEHRER, Appellant, v. TEMPORARY STATE HOUSING RENT COMMISSION, Respondent.—

No opinion. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.